HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MALLONE SINGLETON WILLIAMS ESTATE & TRUST, acting on behalf of its living beneficiary on behalf of, MALONE WILLIAMS SINGLETON,

    Plaintiff,

v.

Project S21 LLC, *et al.*,

    Defendants.

Case No. 2:25-cv-01505-RAJ

ORDER

ORDER - 1

THIS MATTER comes before the Court on Plaintiff's Motion for Approval and Acceptance of Substitute Security, Dkt. # 11. The Court has reviewed the motion, the submissions in support of the motion, and the balance of the record. For the reasons stated below, the motion is **DENIED**.

On November 7, 2025, the Court entered an order adopting Magistrate Judge Peterson's Report and Recommendation to deny Plaintiff's application to proceed in forma pauperis. Dkt. # 9. In the order, the Court directed Plaintiff to "pay the filing fee within thirty (30) days after entry of this Order." *Id.* It further stated that "[i]f no filing fee is paid within thirty days of the Court's Order, the Clerk of the Court should close the case." *Id.*

On December 2, 2025, Plaintiff filed a "Notice of Filing Substitute Security" and a "Motion for Approval and Acceptance of Substitute Security." Dkts. # 10, 11. In the motion, Plaintiff asks the Court to approve "the attached Federal Substitute-Security / Appearance & Performance Bond in the amount of Seven Hundred Dollars ($700.00), submitted in compliance with the Court directive and governing federal law." Dkt. # 11.

Under Western District of Washington Local Civil Rule 3(b), a "party must pay the Civil Filing Fee when it files or removes any civil action except for proceedings in forma pauperis under LCR 3(c) or as otherwise exempted by law." The district's website lists the "[a]ccepted payment methods," which include credit card, cashier's check, money order, and personal check.[1] Local Rule 3 does not authorize substitute security as proposed by Plaintiff in place of the filing fee.

---

[1] https://www.wawd.uscourts.gov/financial/paying-fees.

ORDER - 2

Accordingly, the Court **DENIES** Plaintiff's Motion for Approval and Acceptance of Substitute Security, Dkt. # 11. The Clerk of the Court is directed to close this case.

Dated this 6th day of January, 2026.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 3