HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MALLONE SINGLETON WILLIAMS
ESTATE & TRUST, acting on behalf of its
living beneficiary on behalf of, MALONE
WILLIAMS SINGLETON,

        Plaintiff,

      v.

Project S21 LLC, *et al.*,

        Defendants.

CASE NO. 2:25-cv-01505-RAJ

ORDER

## I.     INTRODUCTION

THIS MATTER comes before the Court on Plaintiff's Motion for Reconsideration, Dkt. # 13. The Court has reviewed the motion and the balance of the record. For the reasons stated below, the motion is **DENIED**.

## II.     BACKGROUND

On November 7, 2025, the Court entered an order adopting Magistrate Judge Peterson's Report and Recommendation to deny Plaintiff's application to proceed *in forma pauperis*. Dkt. # 9. In the order, the Court directed Plaintiff to "pay the filing fee within thirty (30) days after entry of this Order." *Id.* The order further stated that "[i]f no filing

ORDER – 1

fee is paid within thirty days of the Court's Order, the Clerk of the Court should close the case." *Id.*

On December 2, 2025, Plaintiff filed a "Notice of Filing Substitute Security" and a "Motion for Approval and Acceptance of Substitute Security." Dkts. # 10, 11. In the motion, Plaintiff asked the Court to approve "the attached Federal Substitute-Security / Appearance & Performance Bond in the amount of Seven Hundred Dollars ($700.00), submitted in compliance with the Court directive and governing federal law." Dkt. # 11. On January 6, 2026, the Court denied Plaintiff's motion regarding the purported "substitute security." Dkt. # 12. The Court held Plaintiff's proposed "substitute security" was not an appropriate form of payment for the filing fee, and directed the clerk to close this case. *Id.*

On January 14, 2026, Plaintiff filed a motion for reconsideration of the January 6 order. Dkt. # 13. In it, Plaintiff argues (1) he "tendered payment in a form authorized by LCR 3(b)"; (2) his "submission was lodged as registry-eligible funds under federal law"; and (3) "[o]nce funds or cash-equivalents are tendered to the Court Registry, they . . . cannot be retained without lawful disposition." *Id.* at 2.

### III. LEGAL STANDARD

"Motions for reconsideration are disfavored." LCR 7(h). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.*

### IV. DISCUSSION

Nothing in Plaintiff's motion for reconsideration shows the Court's January 6, 2026 order was manifest error or that there are any new facts or legal authority warranting a different outcome. It remains the case that Plaintiff's proposed "substitute security" is not a form of payment for filing fees recognized in this district. *See* LCR 3(b); Paying Fees, https://www.wawd.uscourts.gov/financial/paying-fees.

ORDER – 2

Plaintiff's motion for reconsideration appears to suggest the Court is improperly retaining his funds. *See, e.g.*, Dkt. # 13 at 2 ("Once funds or cash-equivalents are tendered to the Court Registry, they . . . cannot be retained without lawful disposition." ); *id.* at 4 ("The Court cannot retain registry funds indefinitely without an acceptance, rejection, or disbursement order."). To be clear, the Court does not view anything submitted by Plaintiff as constituting "funds" or having monetary value. Nevertheless, to resolve Plaintiff's stated concern, the Court will direct the clerk to return to Plaintiff the original of the document titled "Notice of Filing Substitute Security," with all attachments. This document appears to be what Plaintiff purports to offer as his "substitute security."

### V.   CONCLUSION

For the forgoing reasons, the Court **DENIES** Plaintiff's Motion for Reconsideration, Dkt. # 13. The clerk is directed to send to Plaintiff a copy of this order and the original of the "Notice of Filing Substitute Security" filed at Dkt. # 10.

DATED this 13th day of April, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 3